MICHAEL L. WOLFRAM, SBN 56240
WOLFRAM WORKPLACE LAW
2460 DUVAL RD.
CAMARILLO, CA 93012-9025
805.491.2770

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STERN <br><br> Plaintiff(s) <br> v. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. <br><br> Defendant(s). | CASE NUMBER <br><br> CV 11-8418 PSG (MRWx) <br><br> **MEDIATION REPORT** |

***Instructions:*** *The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.*

1. ☑ A mediation was held on (date): MAY 25, 2012.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).

   ☐ Did not appear as required by Civil L.R. 16-15(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☑ Yes, fully.
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   (date:) _____.

Dated: MAY 26, 2012

_____
Signature of Mediator
MICHAEL L. WOLFRAM
Name of Mediator (print)

The Mediator is to electronically file original document.