1   Andrew R. Stern, Esq. (SBN 78318)
2   andystern1000@gmail.com
    31659 Sea Level Dr.
3   Malibu, California 90265
4   Telephone: (310) 457-1723
    Fax: (310) 457-6304
5
6   Attorney for Plaintiff
7
8
9                    UNITED STATES DISTRICT COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11
12
13  ALEXANDER STERN,                )   CASE NO.  CV11-8418 PSG(MRWx)
14                                  )
                  Plaintiff,        )
15                                  )   **PLAINTIFF'S NOTICE OF**
16  v.                              )   **CONDITIONAL SETTLEMENT**
                                    )
17  THE REGENTS OF THE              )
18  UNIVERSITY OF CALIFORNIA, et    )   Courtroom: 880
    al.,                            )   The Hon. Philip S. Gutierrez
19                                  )
20                Defendants.       )
                                    )
21                                  )
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25  _____)
26
27
28

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Alexander Stern, on the one hand, and Defendants The Regents of the University of California, Gary White, Wanda Thomas, Jon Snyder, Valentina Padula, and Camilla Fiorina on the other hand, (collectively, the "parties") have reached a conditional settlement concerning all of the claims in the above-entitled matter.  This agreement has been reduced to writing and executed by Plaintiff Alexander Stern.  Counsel for the Plaintiff, Andrew R. Stern, and counsel for the Defendants, Jonathan Miller, approved this agreement as to form and substance. The settlement agreement conditions dismissal of this matter upon satisfactory completion of specified terms and approval of the settlement by the Board of Regents of the University of California.  Such approval is anticipated within ninety (90) days.

The parties expect that, once the settlement agreement is executed by all of the parties and all of the terms of the agreement are performed, the parties will file a stipulated order of dismissal of the entire action with prejudice.


Respectfully submitted,

DATE: June 7, 2012                          BY:  /s/ Andrew R. Stern

                                            Attorney for Plaintiff ALEXANDER STERN